# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN PANANYAN,<br><br>    Petitioner,<br><br>v.<br><br>DOUGLAS WHITE, Warden FCI Mendota,<br><br>    Respondent. | CASE NO. 1:21-cv-00516-AWI-JLT (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CASE TO BE CLOSED**<br><br>(Doc. No. 5) |

Petitioner Arsen Pananyan is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On April 6, 2021, the magistrate judge assigned to the case issued findings and recommendations to dismiss the petition. Doc. No. 5. These findings and recommendations were served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order. To date, no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

The plain language of 28 U.S.C. § 2253(c)(1) does not require a petitioner to obtain a certificate of appealability in order to appeal the denial of a petition for writ of habeas corpus under 28 U.S.C. § 2241. Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008); Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879 (9th Cir. 1997). Therefore, no certificate of appealability will be issued.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 5) that were entered on April 6, 2021, are ADOPTED in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is DISMISSED;
3. The Clerk of Court is directed to ENTER judgment and CLOSE the case;
4. No certificate of appealability is required; and

IT IS SO ORDERED.

Dated:   May 12, 2021

_____
SENIOR  DISTRICT  JUDGE